IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOE LAMART BROWN,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4657

Opinion filed July 9, 2015.

An appeal from the Circuit Court for Columbia County.
Paul S. Bryan, Judge.

Joe Lamart Brown, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Donna A. Gerace, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

ROBERTS, C.J., BENTON, and LEWIS, JJ., CONCUR.